```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MARTIN RUZIECKI,                                 :
                                                 :          22-CV-10953 (JLR) (RWL)
                              Plaintiff,         :
                                                 :
           - against -                           :          ORDER
                                                 :
NATIONAL RAILROAD PASSENGER                      :
CORPORATION (AMTRAK),                            :
                                                 :
                              Defendant.         :
------------------------------------------------------------X
```

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

The Court has not heard from the parties since April 26, 2023.  Accordingly, by August 15, 2023, the parties shall jointly file a status report to update the Court.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: August 8, 2023
       New York, New York

Copies transmitted this date to all counsel of record.