# LANDMAN CORSI BALLAINE & FORD P.C.

A NEW YORK PROFESSIONAL CORPORATION

ATTORNEYS AT LAW

|  | 120 BROADWAY | One Gateway Center |
|---|---|---|
| **MATTHEW P. MOCCIA** | 13TH FLOOR | 22nd Floor |
| ASSOCIATE |  | Newark, NJ 07102 |
|  | NEW YORK, NEW YORK 10271 | Tel: (973) 623-2700 |
| TEL: (212) 238-4863 | TELEPHONE (212) 238-4800 |  |
| EMAIL: mmoccia@lcbf.com |  | One Penn Center |
|  | FACSIMILE (212) 238-4848 | 1617 JFK Boulevard, Suite 955 |
|  | www.lcbf.com | Philadelphia, PA 19103 |
|  |  | Tel: (215) 561-8540 |
|  | September 7, 2023 |  |
|  |  | 300 Delaware Avenue |
|  |  | Suite 210 |
|  |  | Wilmington, DE 19801 |
|  |  | Tel: (302) 514-6901 |

**_Via ECF_**

Hon. Jennifer L. Rochon
United States District Judge
Southern District of New York
500 Pearl Street, Room 1920
New York, NY 10007

Re: *Martin Ruziecki v. National Passenger Railroad Corporation (AMTRAK)*
Index No.: 22-cv-10953 (JLR) (RWL)

Dear Judge Rochon:

We represent Defendant National Railroad Passenger Corporation ("Amtrak") in the above-referenced matter. We write jointly with Plaintiff to request a ninety (90) day adjournment of the upcoming status conference, currently scheduled for September 12, 2023.

On August 15, 2023, the parties jointly requested a sixty (60) day extension of discovery deadlines. Upon granting the request, Judge Lehrburger advised that should the parties wish to adjourn the status conference, they should direct their request to Your Honor. The parties respectfully submit that a status conference would be more productive at a later date, after further discovery, including depositions, has been conducted. At this time, the deadline for depositions is December 11, 2023 and the deadline for fact discovery is February 6, 2024.

As reported in the parties' August 15, 2023 letter, the parties have exchanged Rule 26 Disclosures and written discovery demands, which include Interrogatories, Requests for Documents, and Request for Admissions. Amtrak has produced responses to Plaintiff's Request for Admissions, and the parties are in the process of preparing the remaining responses.

This is the first request for an adjournment of a status conference in this matter, although, as stated above, the parties have previously requested an extension of discovery deadlines.

Thank you for your consideration of this request.

---

The request is GRANTED. The post-discovery conference shall take place on **March 19, 2024** at 10:00 a.m. in Courtroom 20B.

**SO ORDERED.**

Dated: September 7, 2023
New York, New York

*Jennifer Rochon*
**JENNIFER L. ROCHON**
**United States District Judge**

4878-6082-8542v.1

**LANDMAN CORSI BALLAINE & FORD P.C.**

Hon. Jennifer L. Rochon
September 7, 2023
Page 2

                                            Respectfully submitted,

                                            /s/ *Matthew P. Moccia*
                                            Matthew P. Moccia

cc:    James M. Duckworth
         Keller Goggin PC
         *Attorneys for Plaintiff*
         1420 Walnut Street
         Suite 1108
         Philadelphia, PA 19102
         (215) 735-8780

4878-6082-8542v.1